UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK        Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

1199 SEIU UNITED HEALTHCARE WORKERS EAST

Plaintiff(s)

Index # 07 CIV 8655

- against -

OCEANVIEW NURSING AND REHABILITATION CENTER

Purchased October 5, 2007

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 24, 2007 at 10:43 AM at

315 BEACH 9TH STREET
FAR ROCKAWAY, NY 11691

deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE FRANCIS; INDIVIDUAL PRACTICES OF RICHARD J. SULLIVAN on OCEANVIEW NURSING AND REHABILITATION CENTER therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to WENDY TRUMBOLI a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 35 | 5'6 | 150 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

315 BEACH 9TH STREET
FAR ROCKAWAY, NY 11691

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 24, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  October 24, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**LINDEN BLACKMAN**
License #: 871311
Invoice #: 449640

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JUDGE SULLIVAN

1199 SEIU UNITED HEALTHCARE WORKERS EAST,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

OCEANVIEW NURSING AND REHABILITATION CENTER,

07 CIV 8655

TO: (Name and address of Defendant)

Oceanview Nursing and Rehabilitation Center
315 Beach 9th Street
Far Rockaway, NY 11691
(718) 471-6000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LOWELL PETERSON, ESQ.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 BROADWAY, SUITE 501
**NEW YORK, NY 10018**

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

OCT 0 5 2007

CLERK

DATE

*[signature]*

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 10/93) Summons in a Civil Action –SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                          Signature of Server

                                          _____
                                          Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

89502

American LegalNet, Inc.
www.FormsWorkflow.com