UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

1199 SEIU United Healthcare Workers East,

                 Plaintiff,

-v-

Oceanview Nursing and Rehabilitation Center

                 Defendant.

Case No. 07-CV-08655 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    At the initial conference held before this Court on February 5, 2008, the following schedule was set:

    The Plaintiff shall serve and file its brief and materials in support of its petition to confirm the arbitration award not later than February 26, 2008.

    The Defendant's reply shall be served and filed not later than March 11, 2008.

SO ORDERED.

DATED:    New York, New York
                Feb 6, 2008

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE