AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07 CV 08655

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
OCEANVIEW NURSING AND REHABILITATION CENTER

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/27/2008 | *[signature]* |
| Date | Signature |
| | Robin C. Rosen — RR 1725 |
| | Print Name / Bar Number |
| | 360 W. 31st Street, Suite 303 |
| | Address |
| | New York, NY 10001 |
| | City / State / Zip Code |
| | (212) 643-2828 / (212) 643-2956 |
| | Phone Number / Fax Number |