FEB-25-2008 17:19

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199/SEIU UNITED HEALTHCARE WORKERS EAST,

           Plaintiffs,

   - against -

OCEANVIEW NURSING AND REHABILITATION CENTER,

           Defendants.

STIPULATION

Case No.: 07 CV 08655 (RJS)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiff and the attorneys for the Defendant that the time in which the Defendant may appear, answer or otherwise move in the above-captioned action is hereby extended up to and including February 28, 2008, and that the Plaintiff and the Defendant will jointly seek to change the dates on which the Plaintiff's motion for summary judgment and the Defendant's response to that motion are due to March 28, 2008 and April 18, 2008, respectively, with the Plaintiff's reply due on April 25, 2008.

Dated:   New York, New York
          February 21, 2008

MEYER, SUOZZI, ENGLISH & KLEIN

By: Lowell Peterson, Esq.
1350 Broadway Suite 501
New York, New York 10018
(212) 239-4999

Attorneys for Plaintiff

GREATER NEW YORK HEALTH CARE FACILITIES ASSOCIATION

By: Robin C. Rosen, Esq.
360 W. 31st Street, Suite 303
New York, New York 10001
(212) 643-2828

Attorneys for Defendant

92931

TOTAL P.2

SO ORDERED
DATE: 3/1/08
RICHARD J. SULLIVAN
U.S.D.J.