SULLIVAN, J.

MAR-28-2008 10:06   212 643 2956   P.01/01

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199/SEIU UNITED HEALTHCARE WORKERS EAST,

    Plaintiffs,

- against -

OCEANVIEW NURSING AND REHABILITATION CENTER,

    Defendants.

STIPULATION

Case No.: 07 CV 08655 (RJS)

07 CV 8655 (RJS)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiff and the attorneys for the Defendant that the above-captioned action be dismissed without prejudice because the delinquent contributions which were the subject of the arbitration award to be confirmed in this action will be addressed in subsequent proceedings.

Dated:  New York, New York
       March 28, 2008

MEYER, SUOZZI, ENGLISH & KLEIN

By: Lowell Peterson, Esq.
1350 Broadway Suite 501
New York, New York 10018
(212) 239-4999

Attorneys for Plaintiff

GREATER NEW YORK HEALTH CARE FACILITIES ASSOCIATION

By: Robin C. Roson, Esq.
360 W. 31st Street, Suite 303
New York, New York 10001
(212) 643-2828

Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.
4/29/08

TOTAL P.01